UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BLUE SPIKE, LLC**,

    Plaintiff,

  v.

**ADOBE SYSTEMS, INC.**,

    Defendants.

Case No.  14-cv-01647-YGR

**ORDER VACATING HEARING**

Re: Dkt. No. 61

The Court has reviewed the papers submitted by the parties in connection with plaintiff's motion for voluntary dismissal without prejudice and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for April 28, 2015 is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: April 24, 2015

                                        _____
                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**