UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUE SPIKE, LLC**,<br>　　　　Plaintiff,<br>　　v.<br>**ADOBE SYSTEMS, INC.**,<br>　　　　Defendant. | Case No. 14-cv-01647-YGR<br><br>**ORDER CONTINUING SHOW CAUSE HEARING, REQUIRING RESPONSIVE BRIEFING**<br><br>Re: Dkt. No. 74 |

On May 4, 2015, the Court issued an Order to Show Cause ("OSC") why (1) judgment should not enter in favor of the defendant on the defendant's counterclaims for a declaratory judgment of non-infringement as to each of the five patents-in-suit, and (2) the counterclaims for declaratory judgment of invalidity should not be dismissed without prejudice. (Dkt. No. 74.) On May 11, 2015, the plaintiff filed a response to the OSC, arguing judgment should not enter on the defendant's counterclaims for declaratory judgment of non-infringement. (Dkt. No. 75.) The defendant did not file a response to the OSC.

The Court hereby **CONTINUES** the OSC hearing set for May 15, 2015 to **June 5, 2015**. By **May 18, 2015** the defendant shall file a brief of no more than five (5) pages responding to the plaintiff's argument.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**